E-FILED: 1/9/12
**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Felicia Tuitama | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) vs. | CV 11-9103-PSG (JEMx) |
| Bank of America N A et al | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |
| DEFENDANT(S). | |

On December 2, 2011, the Court issued an Order to Show Cause for Lack of Subject Matter Jurisdiction. A written response to this Order to Show Cause was ordered to be filed no later than December 21, 2011.

On December 2, 2011, Plaintiff instead filed an Application for Entry of Default against the defendant. On December 6, 2011, a Notice of Deficiency Re: Application was issued directing Plaintiff to submit a corrected Application for Entry of Default.

To date, no written response to the Order to Show Cause has been filed with the Court, nor a corrected Application for Entry of Default.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: ___1/9/12_____

Philip S. Gutierrez

U.S. District Judge